```
                                           FILED
                                   CLERK, U.S. DISTRICT COURT

                                        Nov 23, 2016

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY:      PMC        DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F. TAYTON DENCER,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE BAR, et al.<br><br>    Defendants. | Case No: 16-cv-03190 SVW AJW<br><br>**JUDGMENT OF DISMISSAL ON BEHALF OF DEFENDANTS THE STATE BAR OF CALIFORNIA, JAYNE KIM, JOSEPH CARLUCCI, AND ALAN GORDON** |

Defendants THE STATE BAR OF CALIFORNIA, JAYNE KIM, JOSEPH CARLUCCI, AND ALAN GORDON'S motion to dismiss having been granted without leave to amend,

JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS THE STATE BAR OF CALIFORNIA, JAYNE KIM, JOSEPH CARLUCCI, AND ALAN GORDON. Defendants THE STATE BAR OF CALIFORNIA, JAYNE KIM, JOSEPH CARLUCCI, AND ALAN GORDON are DISMISSED from this action.

**IT IS SO ORDERED**

DATED: November 23, 2016

*/s/ Stephen V. Wilson*

HON. STEPHEN WILSON
UNITED STATES DISTRICT COURT JUDGE